*aEE*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

**FILED**

JUL 1 2 2018 *YJ*

**THOMAS G BRUTON**
**CLERK, U.S DISTRICT COURT**

RONALd E JAMES )
_____ )
)
)
Plaintiff(s), )
)
v. Get FResH pRoduce INC. )
/ melissA )
PETERSi Kaski / ANZoNA )
)
Defendant(s). )

( 1:18-cv-4788
Judge Virginia M. Kendall
Magistrate Judge M. David Weisman

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is  RoNAId ERicK JAMES  of the county of  COOK  in the state of  IL.

3. The defendant is  Get fResH pRoduce INC.  , whose street address is  1441 BRewsTeR cReek Blvd  , (city) BARIeTT (county) _____ (state) IL. (ZIP) 60103

(Defendant's telephone number)  (___) – _____

4. The plaintiff sought employment or was employed by the defendant at (street address)

   Get fResH pRoduce INC  (city) BARIeTT

   (county) _____ (state) IL (ZIP code) 60103

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

   (a) ☐ was denied employment by the defendant.

   (b) ☑ was hired and is still employed by the defendant.

   (c) ☐ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,
   (month) _Nov_ , (day) _7_ , (year) _2017_ .

7.1 (*Choose paragraph 7.1 or 7.2, do not complete both*.)

   (a) The defendant is not a federal governmental agency, and the plaintiff
   [*check one box*] ☑ *has* ☐ *has not* filed a charge or charges against the defendant

   asserting the acts of discrimination indicated in this complaint with any of the

   following government agencies:

   (i) ☑ the United States Equal Employment Opportunity Commission, on or about

   (month) _Dec_ (day) _7_ (year) _2017_ .

   (ii) ☐ the Illinois Department of Human Rights, on or about

   (month) _April_ (day) _18_ (year) _2018_ .

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is

   attached. ☑ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days**.

   It is the policy of both the Equal Employment Opportunity Commission and the Illinois

   Department of Human Rights to cross-file with the other agency all charges received. The

   plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

2

defendant asserting the acts of discrimination indicated in this court complaint.

    ☐ Yes (month)_____ (day)_____ (year) _____

    ☐ No, did not file Complaint of Employment Discrimination

(b)    The plaintiff received a Final Agency Decision on (month)_____

    (day) _____ (year) _____.

(c)    Attached is a copy of the

    (i) Complaint of Employment Discrimination,

        ☐ Yes    ☐ No, but a copy will be filed within 14 days.

    (ii) Final Agency Decision

        ☐ Yes    ☐ N0, but a copy will be filed within 14 days.

8.    *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

    (a) ☐    the United States Equal Employment Opportunity Commission has not

        issued a *Notice of Right to Sue.*

    (b) ☑ the United States Equal Employment Opportunity Commission has issued

        a *Notice of Right to Sue*, which was received by the plaintiff on

        (month) _APRIL_ (day) _18_ (year) _2018_ a copy of which

        *Notice* is attached to this complaint.

9.    The defendant discriminated against the plaintiff because of the plaintiff's [*check only*

    *those that apply*]:

    (a) ☐ Age (Age Discrimination Employment Act).

    (b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

   (c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

   (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

   (e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

   (f) ☒ Religion (Title VII of the Civil Rights Act of 1964)

   (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10.   If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11.   Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12.   The defendant [*check only those that apply*]
   (a) ☐ failed to hire the plaintiff.

   (b) ☐ terminated the plaintiff's employment.

   (c) ☐ failed to promote the plaintiff.

   (d) ☒ failed to reasonably accommodate the plaintiff's religion.

   (e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

   (f) ☒ failed to stop harassment;

   (g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

   (h) ☒ other (specify): ReTAliATed

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

ACCOMMODATE Religious DAY'S
MARCH 31 2018 And June 30 2018
See 12 A+B And C

13. The facts supporting the plaintiff's claim of discrimination are as follows:

MAde Request OF on 3-31-2018
See 13 D
See 13 B
See 13 A-1
See 13 A

14. **[*AGE DISCRIMINATION ONLY*]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☐ Yes ☑ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

   (a) ☐ Direct the defendant to hire the plaintiff.

   (b) ☐ Direct the defendant to re-employ the plaintiff.

   (c) ☐ Direct the defendant to promote the plaintiff.

   (d) ☑ Direct the defendant to reasonably accommodate the plaintiff's religion.

   (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

   (f) ☐ Direct the defendant to (specify): ACCOMModATe FOR Religious meeting & MiNiSTRY, Also woRk monday — FRidAY. No SATuRdAy FOR miNiSTRY

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

WORSHIP ON MY Religious DAY'S.

_____

_____

(g)  ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages,
        liquidated/double damages, front pay, compensatory damages, punitive
        damages, prejudgment interest, post-judgment interest, and costs, including
        reasonable attorney fees and expert witness fees.

(h)  ☑ Grant such other relief as the Court may find appropriate.

*Ronald Erick James*
(Plaintiff's signature)

RONAIR ERICK JAMES
(Plaintiff's name)

753 S. Keeler
(Plaintiff's street address)

(City) CHICAGO     (State) IL     (ZIP) 60624

(Plaintiff's telephone number) (773) – 331-8771

Date: 7-12-2018

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

6

EEOC Form 161 (11/16)　　　　**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Ronald E. James<br>753 S. Keeler, Apt. # 1<br>Chicago, IL 60624 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|---|---|

|  | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) |  |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2018-01555 | Sergio Maldonado,<br>Investigator | (312) 869-8129 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

|  | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
|---|---|
|  | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
|  | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
|  | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| X | The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge. |
|  | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
|  | Other (briefly state) |

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_Julianne Bowman,_　　　　　　　　　　4/18/18
**Julianne Bowman,**　　　　　　　　　　*(Date Mailed)*
**District Director**

Enclosures(s)

cc:　　**GET FRESH PRODUCE**
　　　c/o Tom H. Luetkemeyer, Esq.
　　　Hinshaw & Culbertson, LLP
　　　222 N. LaSalle Street, Suite 300
　　　Chicago, IL 60601

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 440-2018-01555 |

| Illinois Department Of Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Ronald E. James | (773) 331-8721 | 1969 |

| Street Address | City, State and ZIP Code |
|---|---|
| 753 S. Keeler, Apt. # 1, Chicago, IL 60624 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| GET FRESH PRODUCE, INC. | 101 - 200 | (630) 665-9665 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1441 Brewster Creek Blvd., Bartlett, IL 60103 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (*Check appropriate box(es).*)

☒ RACE  ☐ COLOR  ☐ SEX  ☒ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (*Specify*)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest          Latest
                  **12-07-2017**

☒ CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I began my employment with Respondent on or about December 18, 2007. My current position is Delivery Driver. During my employment, I requested a religious accommodation and it was not provided. Subsequently, I am being subjected to harassment and different terms and conditions of employment, including, but not limited to, being denied when to take my vacation days and not being allowed to modify my work schedule in order to attend religious events.

I believe I have been discriminated against because of my religion, Jehovah's Witness, my race, Black, and in retaliation for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Dec 07, 2017          *Ronald Erick James*<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |



**GET FRESH** PRODUCE
*Fresh Is Everything*

November 15th 2017

Dear Ronald:

This is an informational letter to advise you of the status of your vacation selections that you have made for 2018.

Your first choice was for July 2,3,6 & 7. Because you would be off on the 4th for the holiday and assuming you would be off on the 5th as a scheduled day, this would be considered a consecutive week. Unfortunately, other drivers with more seniority have already bid for the July 6th and 7th. Those dates are now closed. However, since you had requested these dates in a consecutive week, we are able to consider this as a week request, and therefore approve July 2,3,4 and 5th. This would utilize two vacation days, for July 2 and July 3, with July 4 the Holiday and July 5 scheduled off.

Your second choice was for August 4, 11, 17, 25 and 31st. We are able to approve these 5 individual days off. In accordance with article 7, section 8 of the collective bargaining agreement, "for purposes of pre-scheduling of vacation for the following calendar year, employees shall be limited to scheduling two (2) consecutive weeks of vacation and five (5) individually scheduled days. Once this vacation pre-scheduling window closes on December 31, the Employer shall post the vacation schedule for the calendar year with the names and dates of all employees who have pre-scheduled vacation. After December 31, the limit of two (2) consecutive weeks of vacation shall not apply and employee vacation requests shall be approved on a first come, first serve basis."

Your third choice was for March 31st. This would be considered a 6th individual day. You would need to wait until the end of the bid process to request this date. As long as this date is still available after December 31, you would be able to utilize a vacation day for it.

Your fourth choice was for September 1, 28th and 29th. These dates would be considered your 7th, 8th and 9th individual days requested. Again, these days are beyond the 5 individual days that you are able to choose during the bidding process. Once the bid is over for vacation, you are welcome to request these dates. As long as these dates are available you will be able to utilize vacation days for these as well.

As of today, we will be scheduling you off July 2, 3, 4 and 5th. – Utilizing 2 vacation days. We will also schedule you off August 4, 11, 17, 25 and 31 – Utilizing 5 vacation days. If you would like to make any



1441 Brewster Creek Blvd | Bartlett, IL 60103 | 630-665-9665 ph | 630-665-3391 fx | www.getfreshproduce.com

③

DENIED - JUNE 30 UNAVAILABLE

## GET FRESH PRODUCE
Fresh Is Everything

# TIME OFF REQUEST FORM

REVISED
PTS
03·26·18
✱

**Employee Name:** RONALD JAMES

**Date Submitted:** 2/28/2018

**Department:** DRIVER

All requests must be made a minimum of 2 weeks in advance and will be considered in the order requested.

| Type of Request | | Dates Requested |
|---|---|---|
| ___ | Personal Day | OK - STILL WAITS? |
| X | Vacation Day | June 29, 30 2018 |
| ___ | Vacation Week | |
| ___ | Medical Leave | |
| ___ | Other | Religious meeting |
| If other, please explain | | |

This day has already been paid.

*I understand and agree that vacation/personal time taken before it has accrued is considered an advance of wages. I further understand and agree that if my employment with Get Fresh Produce terminates that any used, but un-accrued, vacation/personal time will be deducted from my final paycheck.*

**Employee Signature:** Ronald James

**Submitted Request to:** Melissa          **Date** 2/28/2018

**Time off approved by:** M Amona          **Date** 3/16/18

| Office Use Only |
|---|

**Approved for:** ___ **Paid Time Off** ___ **Unpaid Time Off**

**Days remaining:** 100 5 AFTER 03·31 Vacation    2 Personal

**Comments:** ✱ BOTH DAYS NOW APPROVED. SLOT OPENED UP DUE TO CHANGE BY DRIVER RESERVING JUNE 30

**HR/Payroll Approval:** SKOBSA          **Date:** 03·26·18

EE COPY

13A-1
RJ



**GET FRESH PRODUCE** INCORPORATED

*Fresh Is Everything*

RECEIVED EEOC

MAR 15 2018

CHICAGO DISTRICT OFFICE



(13 A1)

March 9, 2018

Ronald James
Distributed in Person

Dear Ronald:

We are checking in with you again and reminding you to submit your request for additional days off. We spoke with you about this before and we are reminding you again in this letter. We understand from our prior discussions with you that certain days are important to you, and want to confirm the dates still available if you submit a request.

Given that you have based prior requests on your religious practices, we are taking this further step of communicating with your directly to make sure you act quickly to obtain the days you want. On January 10, 2018, Melissa Anzona, Kevin Jeziorny, and I spoke to you about the vacation selection process in the collective bargaining agreement. We informed you that the initial process of selection which we are obligated to follow under the collective bargaining agreement had been completed. We also explained that we posted a notice to all employees, explaining their right to request additional days on a first come, first served basis.

Considering your prior statements with respect to your religious observance, please get your requests in ASAP. Please provide a new form to confirm the days you still would like off, as your prior submission may not be accurate, and we do not want to make incorrect assumptions. Melissa wrote down the days you were denied earlier for your reference, and we reiterated that we wanted you to get us your new request right away. *Denied MARCH 31 EARLier For Death of Christ*

Despite our requests, as of this writing, you have not submitted any additional requests for the originally denied days. To make sure we are both working on accurate information, the days you previously requested, but were denied, and their current status is as follows:

March 31, 2018: Available   *NOT GOING TO REQUEST THESE DAYS NOW*
July 6, 2018: No Longer Available
July 7, 2018: No Longer Available
September 1, 2018: No Longer Available



**1441 Brewster Creek Blvd | Bartlett, IL 60103 | 630-665-9665 ph | 630-665-3391 fx | www.getfreshproduce.com**

Hi MY NAME is RONALD ERICK JAMES
I'm ONE OF JEHOVAH'S WITNESSES, I
ENJOY READ GOD'S WORD THE Bible, And
PARTICIPATING AND THE DOOR TO DOOR
MINISTRY, Also GOING TO Religious meetings.

I'M AISO A TRUCK DRIVER FOR Get FRESH PRODUCE.
I Been WORKING THERE FOR OVER TEN YEARS, AS
A DELIVERY DRIVER. I DELIVER PRODUCE TO
RESTAURANT AND SCHOOL'S IN CHICAGO.
I ENJOY THIS TYPE OF WORK, AND THIS JOB.

EVERY YEAR JEHOVAH'S WITNESSES HAVE
Religious meetings AND CONVENTIONS.
WE AISO PARTICIPATE AND THE DOOR TO
DOOR MINISTRY. THIS is iN HARMONY, WITH
THE Bible DECROE. " MATTHEW 24: 14 & Hebrew
10: 24, 25. THIS is PART OF OUR WORSHIP
TO OUR GOD JEHOVAH.

So WHEN THE Time COMES FOR OUR
Religious meeting's AND CONVENTION, I LET
MY EMPLOYER KNOW.

ON NOV 7 2017 I WAS ISSUSED MY
VACATION Request from PAPER.

13 A

THe FiRST THing I NOTICe WAS oN THe PAPeR iT HAd oN Hold AT TOP ANd BoTTom of. THe PAPeR. THiS AlReAdY pReJudge me ANd mY Request dAYs Off.

I Fill iT out ANd ReTURN IT 11-9-2017 I LYT mY COWORKeR See THAT, THe PAPeR SAid ON Hold. NO ONe else HAd THiS ON THeRe PAPeR.

MeliSSA ReTURN iT WiTH A LeTTeR. (12B) LOOK AT THiS PAPeR

I TOld HeR ANd MeyAN KAPlAN. THiS is THe DeATH OF CHRiST.

THeY Did NOT CARe,

13 B

So my next step was calling the union rep Sam. I told him what happen. I told him every year I have problem with my vacation day and time off for Religious day's off. I told Sam to talk to them.

I also told Sam Im been discriminated against for my Religious, He said "I dont thank so. I told him to take to them. He did nothing change so I went down to the EEOC with my problem.

I had a meeting with Kevin and Megan about March 31 2018 the death of Christ. Megan said "take another day. I told her Tis the death of Christ He died on that day she did not care, the ask me to sign some papers I refused

13B

We HAD MORE MEETINGS. PET STCRSKY
MELISSA AND ~~JOE~~ JOE OCONNOR
NOTHING CHANGE MORE PAPER
TO SIGN. I AISO HAVE FMIA
PAPERS MEGAN WON'T ME TO
USED VACTION DAYS FOR FMAL
DAYS. We DID NOT USED THIS
FORMAT LAST YEAR OR THE YEAR
BEFORE. THIS IS A WAY TO MAKE
ME LOSE MY VACTION TIME SO
I WONT GO TO MY Religious
MEETINGS. HOW SAD!

THEY WONT ME TO WORK
SUNDAY DEC 24 2017. So EVER
ON CAN BE OFF DEC 25 2017.
WHY SHOUIS I MISS MY RELIGIOU
MEETING ON SUNDAY FOR CHRISTMAS
I DONT CELEBRATE CHRISTMAS.
NEW YEAR EVE TOO, ON SUNDAY
SUNDAY IS MY DAY OFF
I WROTE A LETTER ~~THE~~ Telling THEm
I GO IN THE MINISTRY AND MY
MEETING ON SUNDAY MORNING

13 B

some mexican guys
They have accommodation for
people to be off on saturday,
also they accommodate one
person to just work the
weekends. He gose to school,

Some guy are to work 6 days
a week, They give them 5 days
and lett them of on saturday
check the scheddle Eddy m
Juan etc. some thursday
you need workers. I can
com in on thursday and
take saturday off. You
can lett the 6 day guy
work my route saturday.
You also have 3 floting
guys. also the union contract
says all new driver are to
work 6 days. But they are
not working 6 days look at scheddd
Eddy m Juan etc maro
you give the 5 day and sometime 6 days

13D

PeTeR SiKORSKi AT GeT FReSH
produce. ASK RONAIU E JAMeS
TO WRiTe A LeTTeR AsKiNg HiM
WHAT I Do oN SundAy HiS oEF DAY.

WHAT I DO FOR MY ReligoUS DAY
ON SundAY, I Told HiM, I go DooR
TO DOOR iN THe MORNiNG, THeN I GO
TO THe Kingdom HAil TO WORSHiP

PeTeRSiKoRSKi Did NOT ASK NO OTHeR
DRiveR THiS oR Religious peRSON THiS,

PeTeR AISO ASK me TO SigN A pApeR
LL ARTiCle 13D) MAY NOT be
GRANTed by THe COMPANY Will ATTempT

PeTeR SiKORSKi Did NOT ASK NO OTHeR
DRiveR TO SigN THiS. AISo No oTHeR
Religious peRSON TO do THiS.

PeTeR ASK me TO SigN THiS iN
A meeTing wiTH Joe OCONNoR.
TRY TO INTimidATe me.

He WAS ANgRY I did NOT SigN THe pApeR
He SAid " You A good WORKeR, buT WHY
do we HAVe TO go THou THiS.





SOCIETY FOR HUMAN
RESOURCE MANAGEMENT

**Part 1 To be completed by Employee**

Name: _____ Department: _____

Date or Dates of Request: _____ _____

Immediate Supervisor: _____

Reason for Request (Job Change, Work Schedule, Dress/Appearance Code, Other):

_____

_____

_____

Length of Time: _____

Suggested religious accommodation:

_____

_____

I have read and understand the company's policy on religious accommodation. My religious beliefs and practices, which result in this request for a religious accommodation, are sincerely held. I understand that the accommodation requested above may not be granted but that the company will attempt to provide a reasonable religious accommodation that does not create an undue hardship on the employers business.

Signature: _____

Employee

Date: _____

i3E

IN December 2017, THe DRiVeR
WeRe TOld. TO WORK SunDAy, SO
THe NiyHT DRiVeR CAN Be OFF
FOR CHRistMAS oN MONDAy.

THiS ACCOMModAte THe NiyHT DRiVeR
SO THey CAN celebRAte oR WORSHiP
THe BiRTH OF CHRiST. BuT YOU
WiLL NOT LET me celebRAte MARCH
31 2018 FOR THe DeATH OF CHRiST.

IN THe Bible AT 1 CORiNTHiANS 11,2325
THiS meANS My BoDy, WHiCH iS iN youR
belfAlf, keep doiNy THiS iN RemenbRANce
ofme. He did THeSAme WiTH THe Cup
keep PROCIAiMiNy THe deATH OFTHe
LORd, uNTil He COMes. THiSWAS oN
MARCH 31-2018 THe DeATH OF CHRiST
NOT HiS BiRTH.

SO Get FReSH pRoduce, piCK TO
ACCOMModAte THe NiyHT DRiVeR
ON Dec 25 2017. NOT TO ACCOMModAte
RONAld E. JAMes ON MARCH 31 2018

THiS iS diSCRIMiNATe RecoyNiZe
A distiNCTiON; difFeReNTiATe.
UNJUST PREJUDiCIAl diSTiNCTiON OF PEOPLE OR THiNgS
(See LASt PAgE) RACE SEX OR Age

## 12/24/2017 THRU 12/30/2017

| | SUNDAY 12/24/2017 | MONDAY 12/25/2017 | TUESDAY 12/26/2017 | WEDNESDAY 12/27/2017 | THURSDAY 12/28/2017 | FRIDAY 12/29/2017 | SATURDAY 12/30/2017 |
|---|---|---|---|---|---|---|---|
| | 12:00 AM | | 4:00 AM | 4:00 AM | 4:00 AM | 4:00 AM | 4:00 AM |
| BACK1 | X | | DOMINIC G. | CHRIS M. | JACK P. | CHRIS M. | RICHARD G. |
| BACK2 | X | | 5:00 AM CHRIS M. | 4:00 AM CHRIS M. | 4:00 AM JACK P. | 4:00 AM JACK P. | 4:00 AM RICHARD G. |
| BACK3 | X | | 5:00 AM JIMENEZ | 5:00 AM JIMENEZ | | | |
| BACK4 | X | | AFTER 10A JIMENEZ | AFTER 10A JIMENEZ | GOMEZ | AFTER 10A GOMEZ | |
| CITY MARKET | X | | 4:00 AM ABRAN L. | 4:00 AM ABRAN L. | 4:00 AM ELISEO G. | 4:00 AM ABRAN J. | 4:00 AM DOMINIC G. |
| INDY TRANSFER | 4:00 AM | EDUARDO L. | 4:00 AM JACK P. | 4:00 AM JACK P. | 4:00 AM RICHARD D. | 4:00 AM JACK P. | 4:00 AM PEDRO S. |
| Pick-Ups City | X | | 5:00 AM JUAN D. | 5:00 AM JUAN D. | 5:00 AM JUAN D. | 5:00 AM JUAN D. | |
| WCD -TJ | 5:00 AM | FRANCISCO P. | 5:00 AM AUDI D. | 5:00 AM FRANCISCO V. | 5:00 AM ROBERTO A. | 5:00 AM ELISEO G. | 5:00 AM AUDI D. |
| GRO1 | X | | 7:00 AM JUAN R. | 7:00 AM JUAN R. | 7:00 AM JUAN R. | 7:00 AM JUAN R. | 5:00 AM FRANCISCO P. |
| *GOOD1 | X | | 5:00 AM JUAN R. | X | X | X | |
| EARLY VAN | X | | 7:00 AM ARTURO F. | 7:00 AM ARTURO F. | 7:00 AM ARTURO F. | 7:00 AM ARTURO F. | 4:00 AM AVINA |
| MID VAN | X | | 7:00 AM MICHAEL F. | 7:00 AM MICHAEL F. | 7:00 AM MICHAEL F. | 7:00 AM MICHAEL F. | 7:00 AM MICHAEL F. |
| LATE VAN | X | | 10:30 AM JUAN A. | 10:30 AM JUAN A. | 10:30 AM JUAN A. | 10:30 AM JUAN A. | 10:30 AM JUAN A. |
| TRAINING | X | | 7:00 AM RUBEN V. | 7:00 AM RUBEN V. | 7:00 AM RUBEN V. | 7:00 AM RUBEN V. | 7:00 AM MICHAEL W. |
| CITY VAN | X | | 7:00 AM RUBEN V. | 7:00 AM RUBEN V. | 7:00 AM RUBEN V. | 7:00 AM RUBEN V. | 7:00 AM RUBEN V. |
| YARD | X | | 6:00 AM JOSE C. | 6:00 AM JOSE C. | 6:00 AM JOSE C. | 6:00 AM JOSE C. | 6:00 AM JEFF C. |
| YARD | X | | 10:00 AM ALEXANDER T. | X | 10:00 AM ALEXANDER T. | 10:00 AM ALEXANDER T. | 10:00 AM ALEXANDER T. |
| YARD | X | | 7:00 AM | X | | | |
| | X | ALEX L. | 7:30 AM ALEX L. | 7:30 AM ALEX L. | 7:30 AM ALEX L. | 7:30 AM ALEX L. | |
| | X | | X | X | X | X | |
| FLOAT | 2:00 AM | JASON I. | X | X | X | X | 4:00 AM ARTURO C. |
| FLOAT | X | | X | X | X | X | 4:30 AM CELESTINO Z. |
| FLOAT | X | | X | X | X | X | 4:30 AM JOEL S. |
| FLOAT | X | | X | X | X | X | 4:30 AM LAMONT H. |
| FLOAT | X | | X | X | X | X | 4:30 AM KIRT J. |

| | SUNDAY 12/24/2017 | TUESDAY 12/26/2017 | WEDNESDAY 12/27/2017 | THURSDAY 12/28/2017 | FRIDAY 12/29/2017 | SATURDAY 12/30/2017 |
|---|---|---|---|---|---|---|
| *101 | 2:00 AM PANCHO G. | 3:00 AM CALVIN B. | 4:00 AM PABLO L. | 4:00 AM RICHARD A. | 3:00 AM RICHARD A. | 5:00 AM PABLO L. |
| *102 | 2:00 AM DONNIE W. | 4:00 AM NICK P. | 4:00 AM PABLO L. | 4:00 AM RICHARD A. | 3:00 AM RICHARD A. | 5:00 AM JUAN G. |
| *103 | 2:00 AM DAN B. | 4:00 AM GABINO J. | 4:00 AM GABINO J. | 4:00 AM GABINO J. | 4:00 AM GABINO J. | 4:00 AM JUAN G. |
| *104 | 2:00 AM ARMANDO G. | 3:30 AM AGUSTIN N. | 3:30 AM CELESTINO Z. | 5:00 AM CELESTINO Z. | 4:00 AM AGUSTIN G. | |
| *105 | 2:00 AM VICTOR S. | 4:00 AM EDDY M. | 5:00 AM ROJO F. | 4:30 AM AVINA | 5:00 AM JUAN G. | |
| *106 | 2:00 AM JOSE U. | 4:30 AM EDDY M. | 4:00 AM ISMAEL F. | 4:30 AM EDDY M. | 4:30 AM EDDY M. | 4:30 AM EDDY M. |
| *107 | 2:00 AM RAUL E. | 3:30 AM MARTIN F. | 3:00 AM MARTIN F. | 4:00 AM MARTIN F. | 3:00 AM STEVE D. | 3:00 AM STEVE D. |
| *108 | 2:00 AM GABINO J. | 3:30 AM MARCOS S. | 4:00 AM JEFF C. | 5:00 AM JEFF C. | 3:00 AM JEFF C. | 4:00 AM MARCOS S. |
| *109 | 2:00 AM SALVADOR Z. | 3:30 AM JUAN G. | 3:30 AM JUAN G. | 3:30 AM TONY D. | 3:30 AM TONY D. | 3:30 AM RYAN S. |
| *110 | 2:00 AM | 3:30 AM MIKE G. | 3:30 AM MIKE G. | 3:00 AM MIKE G. | 3:30 AM PABLO L. | 4:30 AM MIKE G. |
| *111 | X | 4:00 AM DANIELE D. | 4:00 AM CELESTINO Z. | 5:00 AM DANIELE D. | 3:00 AM DANIELE D. | |
| *112 | X | 3:00 AM MIKE A. | 3:00 AM MIKE A. | 3:00 AM MIKE A. | 3:00 AM MIKE A. | 3:00 AM ELLIOTT H. |
| *113 | X | 4:00 AM RICHARD D. | X | 4:00 AM PANCHO G. | X | |
| *114 | X | 5:00 AM JAMIE A. | 4:00 AM NICK P. | 4:00 AM TODD B. | 5:00 AM JAMIE A. | 3:00 AM JAMIE A. |
| *115 | X | 5:00 AM STEVE D. | 4:00 AM STEVE D. | 4:00 AM STEVE D. | X | 3:00 AM JAMIE A. |
| *116 | 2:00 AM JESUS A. | 4:00 AM MARIO G. | 3:30 AM MARIO G. | 3:30 AM MARIO G. | 3:30 AM ISMAEL F. | 4:00 AM JUAN G. |
| *117 | X | 3:30 AM FREDDY C. | 4:00 AM FREDDY C. | 3:30 AM FREDDY C. | 3:30 AM FREDDY C. | 3:30 AM FREDDY C. |
| *118 | X | 4:00 AM FELIX C. | 4:00 AM FELIX C. | 4:00 AM FELIX C. | 4:00 AM FELIX C. | 4:00 AM FELIX C. |
| *119 | X | 3:30 AM JOEL S. | 4:00 AM PANCHO G. | X | 3:00 AM RAUL E. | |
| *120 | X | 5:00 AM PEDRO S. | 4:00 AM ANDREW M. | 5:00 AM ANDREW M. | 4:00 AM ANDREW M. | 4:00 AM ANDREW M. |
| *121 | X | 4:30 AM FRANK F. | 4:30 AM AVINA | 4:00 AM FRANK F. | 3:30 AM FRANK F. | 3:30 AM DAVID M. |
| *122 | 3:00 AM JOSE Z. | 4:00 AM KIRT J. | 4:00 AM JAMIE A. | 3:30 AM FRANCISCO P. | 4:30 AM FRANK F. | 3:30 AM DAVID M. |
| *123 | X | 4:00 AM ALVARO M. | 5:00 AM ALVARO M. | 3:00 AM ALVARO M. | 3:00 AM ISMAEL F. | |
| *124 | 2:00 AM ROBERTO A. | 4:00 AM CARLOS V. | 4:00 AM CARLOS V. | 4:00 AM CARLOS V. | 4:00 AM JORGE A. | 3:00 AM NICK P. |
| *125 | 2:00 AM PABLO V. | 3:00 AM DAN B. | 4:00 AM CALVIN B. | 5:00 AM CALVIN B. | 4:00 AM CALVIN B. | 4:00 AM JULIO S. |
| *126 | 2:00 AM HECTOR G. | 4:00 AM JULIO S. | 4:00 AM JULIO S. | 4:30 AM NELSON L. | 4:00 AM JULIO S. | 4:00 AM JULIO S. |
| *127 | 2:00 AM AUGUSTIN G. | | 3:00 AM JOEL S. | | | |
| *128 | 2:00 AM EDDY M. | 5:00 AM MANUEL M. | 4:00 AM MANUEL M. | 4:30 AM DAVID D. | 4:30 AM MANUEL M. | 4:00 AM MANUEL M. |
| *129 | 2:00 AM DIEGO V. | | 3:00 AM DIEGO V. | 5:00 AM DIEGO V. | 3:00 AM SALVADOR Z. | 3:30 AM DIEGO V. |
| *130 | 2:00 AM JULIO S. | 3:30 AM PABLO V. | 3:30 AM PABLO V. | 3:30 AM PABLO V. | 3:30 AM JUAN G. | 3:30 AM JOEL G. |
| *131 | X DANIELE D. | 3:30 AM JOEL G. | 4:00 AM JOEL G. | 4:00 AM RYAN S. | 4:00 AM JOEL G. | X |
| *132 | 2:00 AM JAVIER P. | 5:00 AM GALLAGOS | 5:00 AM GALLAGOS | 5:00 AM GALLAGOS | 5:00 AM JUAN F. | X |
| *133 | 2:00 AM JUAN H. | 3:00 AM ISMAEL F. | 4:00 AM ELLIOTT H. | 4:30 AM DAVID S. | 3:30 AM DAVID S. | X |
| *134 | 2:00 AM PEDRO S. | 3:00 AM ARTURO M. | 3:00 AM ARTURO M. | 3:00 AM PABLO L. | 4:00 AM ARTURO M. | 4:00 AM ARTURO M. |
| *135 | 2:00 AM MANUEL M. | 3:00 AM JUAN H. | 4:00 AM JCRUZ | 4:00 AM JUAN H. | 4:00 AM JUAN H. | 4:00 AM JUAN H. |
| *136 | 2:00 AM DAVID S. | 4:30 AM RONALD J. | 3:00 AM DAVID D. | 4:00 AM KIRT J. | 4:30 AM RONALD J. | 4:30 AM RONALD J. |
| *137 | 2:00 AM ALVARO M. | | 3:00 AM DAVID D. | 3:00 AM DAVID D. | X | 3:00 AM DAVID D. |
| *138 | 2:00 AM ALEX R. | 4:00 AM RYAN S. | 3:30 AM JASON I. | 3:30 AM JASON I. | 3:30 AM JASON I. | 3:30 AM JASON I. |
| *139 | 2:00 AM GALLAGOS | 4:00 AM RUBEN R. | 4:00 AM RUBEN R. | 4:00 AM RUBEN R. | 4:00 AM RUBEN R. | 4:00 AM RUBEN R. |
| *140 | 2:00 AM MIKE A. | 4:00 AM AVINA | 3:00 AM RAUL E. | X | 4:00 AM RAUL E. | X |
| *141 | 2:00 AM CALVIN B. | 4:00 AM GERARDO F. | 4:00 AM GERARDO F. | 4:30 AM JONATHAN M. | 4:30 AM GERARDO F. | 4:00 AM GERARDO F. |
| *142 | 2:00 AM LUIS V. | 4:00 AM ALEX R. | 4:00 AM ALEX R. | 4:00 AM ALEX R. | 4:00 AM ALEX R. | 4:00 AM JCRUZ |
| *143 | 2:00 AM ANDREW M. | 3:30 AM LUIS B. | 3:30 AM LUIS B. | 5:00 AM LUIS B. | 3:30 AM LUIS B. | 3:30 AM JUAN G. |
| *144 | 2:00 AM ISMAEL F. | 3:00 AM STEVE D. | 4:00 AM VICTOR S. | 4:00 AM STEVE D. | X | 2:00 AM JJ F. |
| *145 | 2:00 AM NICK P. | 3:00 AM LUIS T. | 3:00 AM LUIS T. | 3:00 AM LUIS T. | 3:00 AM LUIS T. | 3:00 AM LUIS T. |
| *146 | 2:00 AM ELLIOTT H. | 3:30 AM JUAN S. | 3:30 AM JONATHAN M. | 4:00 AM JONATHAN M. | 3:30 AM JONATHAN M. | 5:00 AM TODD B. |
| *147 | 2:00 AM | 5:00 AM ALLAN E. | 4:00 AM ALLAN E. | X | 4:30 AM CELESTINO Z. | X |
| *148 | X | 5:00 AM JOSE U. | 3:00 AM EDUARD L. | 5:00 AM TERRY E. | 5:00 AM TERRY E. | 4:30 AM TERRY E. |
| *149 | X | 4:30 AM TODD B. | X | X | X | |
| *150 | X | 4:30 AM JONATHAN M. | 4:30 AM AUBREY J. | 3:00 AM AUBREY J. | 5:00 AM MANUEL S. | |
| *151 | TBD | 5:00 AM NELSON L. | 5:00 AM NELSON L. | X | 4:30 AM AUBREY J. | 4:30 AM AUBREY J. |
| *152 | TBD NORBERTO C. | 4:30 AM JACK P. | 4:30 AM AVINA | 4:00 AM AUBREY J. | 3:30 AM JOSE Z. | |
| *153 | TBD PAUL D. | 4:30 AM JOSE Z. | 3:00 AM MANUEL S. | 5:00 AM AVINA | X | 4:30 AM NELSON L. |
| *154 | TBD JESUS H. | | 3:00 AM HECTOR G. | 4:30 AM HECTOR G. | 4:00 AM HECTOR G. | X |
| *155 | TBD FRANCISCO L. | 4:00 AM RICHARD D. | 3:00 AM HECTOR G. | 4:00 AM SERGIO A. | 3:00 AM SERGIO A. | |
| *156 | TBD ALVARO G. | 3:30 AM JAVIER P. | 3:30 AM JAVIER P. | X | 4:00 AM JAVIER P. | |
| *157 | 5:00 AM RUBEN V. | 4:00 AM JASON A. | 4:00 AM JASON A. | 4:00 AM ELLIOTT H. | 4:00 AM JASON A. | 4:00 AM JASON A. |
| *158 | X | 3:00 AM SALVADOR Z. | X | 4:30 AM SALVADOR Z. | X | |
| *159 | X | | 4:00 AM LAMONT H. | X | 3:00 AM JCRUZ | 3:00 AM TONY D. |
| *160 | X | | 4:00 AM JOSE U. | 4:00 AM PANCHO G. | X | |
| *161 | X | | 4:00 AM EDUARDO L. | 5:00 AM NICK P. | X | |
| *162 | X | | 4:00 AM VICTOR S. | 3:00 AM MARCOS S. | 4:00 AM ABRAN J. | |
| *163 | X | | 2:00 AM JORGE A. | 2:00 AM AUDI D. | 5:00 AM JORGE A. | 2:00 AM JACK P. |
| *164 | X | | 4:00 AM JOSE U. | 4:00 AM DIEGO V. | X | |
| *165 | X | | 4:00 AM CHRIS M. | X | 4:00 AM LAMONT H. | |
| *166 | X | 4:00 AM ROSARIO B. | X | 4:00 AM ROSARIO B. | 4:00 AM ROSARIO B. | 4:00 AM JAVIER P. |
| *167 | X | 3:30 AM JOSE LUIS C. | 3:30 AM TONY D. | 3:30 AM JOSE LUIS C. | 3:30 AM JOSE LUIS C. | X |
| *170 | X | 4:00 AM CELESTINO Z. | 4:00 AM TERRY E. | 4:00 AM EDUARDO L. | 4:00 AM ROSARIO B. | 4:00 AM ROSARIO B. |
| *171 | X | 4:00 AM ARTURO C. | 4:00 AM ARTURO C. | 4:00 AM EDUARDO L. | 4:00 AM ARTURO C. | 5:00 AM JOSE Z. |
| *172 | X | 5:00 AM LAMONT H. | 4:30 AM DONNIE W. | 4:30 AM JAVIER P. | X | |
| *173 | X | 4:00 AM SERGIO A. | 4:00 AM SERGIO A. | 4:30 AM DONNIE W. | X | |
| *174 | X | | 5:00 AM DIEGO V. | X | X | |
| *291 | X | | X | X | 2:00 AM DAN B. | |
| *292 | X | | X | X | 2:00 AM ROBERTO A. | 2:00 AM DAN B. |
| *293 | X | | X | X | 2:00 AM DONNIE W. | |
| *294 | X | | X | X | X | |
| NIGHT HELP | X | | X | X | X | X |

| | | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|
| PD/VD | | ARMANDO G. | ARMANDO G. | ARMANDO G. | ARMANDO G. | ARMANDO G. |
| PD/VD | | ESPARZA | ESPARZA | ESPARZA | ESPARZA | ESPARZA |
| PD/VD | | ROBERTO C. | ROBERTO C. | DAVID M. | ROBERTO C. | ROBERTO C. |
| PD/VD | | DAVID M. | DAVID M. | PEDRO S. | | ARTURO F. |
| PD/VD | | | EDDY M. | | | |
| PD/VD | | | PEDRO S. | | | |
| PD/VD | | JOSE SR. | JOSE SR. | JOSE SR. | JOSE SR. | JOSE SR. |
| LIGHT DUTY | | GALEANO | | GALEANO | GALEANO | GALEANO |
| LOA | | | | | | |
| LIGHT DUTY | | ERMANNO S. | ERMANNO S. | | ERMANNO S. | ERMANNO S. |
| SCHEDULED | | JEFF C. | ROBERTO A. | GERARDO F. | MARTIN F. | MARTIN F. |
| OFF | | HECTOR G. | LUIS V. | MANUEL M. | GALLAGOS | EDUARDO L. |
| SCHEDULED | | ANDREW M. | SALVADOR Z. | JULIO S. | MIKE G. | DONNIE W. |
| OFF | | RICHARD A. | ROSARIO B. | JULIO S. | PEDRO S. | ALEX R. |
| SCHEDULED | | JAVIER P. | LUIS B. | RONALD J. | TONY D. | JUAN D. |
| OFF | | DAVID D. | KIRT J. | ERMANNO S. | FRANCISCO P. | CHRIS M. |
| SCHEDULED | | TONY D. | JESUS A. | JUAN G. | VICTOR S. | CALVIN B. |
| OFF | | DIEGO V. | DAVID S. | SERGIO A. | PABLO V. | GABINO J. |
| SCHEDULED | | DONNIE W. | DANIELE D. | AUGUSTIN G. | NELSON L. | SALVADOR Z. |
| OFF | | PABLO L. | JCRUZ | JCRUZ | JORGE A. | JONATHAN M. |
| SCHEDULED | | TERRY E. | RYAN S. | ROBERTO C. | MARCOS S. | VICTOR S. |
| OFF | | PANCHO G. | JOSE LUIS C. | JOSE Z. | ALLAN E. | JOSE U. |
| SCHEDULED | | AUBREY J. | DAN B. | JAIME A. | JOEL S. | RAUL E. |
| OFF | | RAUL E. | JORGE A. | JOEL S. | JAMIE A. | HECTOR G. |
| SCHEDULED | | ELLIOTT H. | FRANK F. | AUDI D. | ZINED A. | DANIELE D. |
| | | JASON I. | | LAMONT H. | MARIO G. | JUAN A. |
| | | FRANCISCO P. | | ARTURO C. | RAUL T. | MIKE A. |
| | | | | ABRAN J. | JASON A. | JASON A. |
| | | | | JASON A. | | ELISEO G. |
| | | | | MANUEL S. | | ALVARO M. |
| | | | | DAN B. | | CARLOS V. |
| OFF | | | | | | |





I RONAld ERICK JAMES
Is DisAppointed of THe DisclimiNATioN
I Received AT Get fresh Produce INC

I Took THe MATTer TO THe eeoc.
Now IT's Time TO go Court.

YOUR TRulY

Ronald Erick James

753 S. Keeler

cHiCAgo IL. 60624
(773) 331-8721